**No. 10-10121. Gary J. Salinas, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

564 U.S. 1041, 131 S. Ct. 3067, 180 L. Ed. 2d 894, 2011 U.S. LEXIS 4841, ■

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-10122. Jorge Alberto Ramirez, Petitioner v. Texas.**

564 U.S. 1041, 131 S. Ct. 3067, 180 L. Ed. 2d 894, 2011 U.S. LEXIS 4960.

June 27, 2011. Petition for writ of certiorari to the Court of Appeals of Texas, First District, denied.

**No. 10-10124. Marco A. Rocha, Petitioner v. Coffee Creek Correctional Facility Administration, et al.**

564 U.S. 1041, 131 S. Ct. 3067, 180 L. Ed. 2d 894, 2011 U.S. LEXIS 4833.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 408 Fed. Appx. 141.

**No. 10-10125. Diane Robinson, Petitioner v. Julian T. Houston, et al.**

564 U.S. 1041, 131 S. Ct. 3067, 180 L. Ed. 2d 894, 2011 U.S. LEXIS 4816.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 10-10137. Timothy Reid, Petitioner v. Ohio.**

564 U.S. 1041, 131 S. Ct. 3069, 180 L. Ed. 2d 894, 2011 U.S. LEXIS 4835.

June 27, 2011. Petition for writ of certiorari to the Court of Appeals of Ohio, Montgomery County, denied.

**No. 10-10142. Susan Rose, Petitioner v. Utah, et al.**

564 U.S. 1041, 131 S. Ct. 3069, 180 L. Ed. 2d 894, 2011 U.S. LEXIS 4864.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 399 Fed. Appx. 430.

**No. 10-10143. Bernard Rhodes, Petitioner v. Mike Knowles, Warden, et al.**

564 U.S. 1041, 131 S. Ct. 3069, 180 L. Ed. 2d 894, 2011 U.S. LEXIS 4968.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-10147. Thomas Crock, Petitioner v. Pennsylvania.**

564 U.S. 1041, 131 S. Ct. 3069, 180 L. Ed. 2d 894, 2011 U.S. LEXIS 4942.

June 27, 2011. Petition for writ of certiorari to the Superior Court of Pennsylvania, Pittsburgh Office, denied.

Same case below, 996 A.2d 539.